AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

1. I, Task Force Officer Robert J. Lukacz of the Drug Enforcement Administration, submit this affidavit in support of a complaint and arrest warrant for David Carlton Hall for the offense of Possession With Intent to Distribute of More Than 40 Grams of Fentanyl, in violation of Title 21, United States Code, Section 841.

2. On June 19, 2021, Portsmouth, NH Police Department Police Officer Keagan Pearl attempted to stop a vehicle for an illegal U-turn and failing to use a turn signal. The vehicle was NH 484 9356, a green Volvo 80, registered to Dwight DEVORK of Wolfeboro, New Hampshire. The vehicle was being driven by a lone male, later identified as David C. HALL.

3. When Officer Pearl activated his fully marked Police cruiser's emergency lights, HALL did not stop and the officer initiated a brief pursuit. HALL drove the Volvo onto the Pease New Hampshire Air National Guard Base in Newington, NH. Once on the base, HALL stopped the Volvo and ran away from it. HALL was not located that evening and eluded law enforcement in New Hampshire. In plain view inside the abandoned car, Officer Pearl located a clear plastic baggy containing an off-white powdery substance believed to be fentanyl. This baggy and contents were subsequently tested and were determined to contain 49.7 grams of a mixture and substance containing fentanyl, a Schedule II controlled substance.

4. Also found inside the Volvo was a black Samsung Galaxy cell phone. The cell phone was mounted to the interior windshield and had the GPS open with active directions to 31 Elm Street, Wolfeboro, NH. Based on exigent circumstances,

Officer Pearl opened the Facebook app installed on the phone in an effort to identify the male driver. The Facebook profile came back to HALL's. The profile picture was of HALL and matched the description of the male driving the Volvo.

5. The Volvo was seized and towed to the Portsmouth, NH Police Department. A search warrant was applied for and granted for Officers/Detectives to search the Volvo. On June 23, 2021, the search warrant was executed on the Volvo. During the search, small amounts of marijuana, a digital scale, drug paraphernalia and approximately 79 Suboxone strips were located in the Volvo. The suboxone strips were all prescribed in HALL's name.

6. At the time of the pursuit on June 19, HALL was on Federal Supervised Release in the District of New Hampshire. HALL's federal supervision stemmed from an original conviction and sentence for the offenses of Robberies Involving Controlled Substances, and Possession with Intent to Distribute a Controlled Substance (Case Number 11-CR-39-01-SM).

7. After a period of being a fugitive, HALL was arrested in San Diego, CA, on October 6, 2021.

8. In conclusion, there is probable cause to believe that David Carlton HALL has committed the offense of Possession With Intent to Distribute of More Than 40 Grams of Fentanyl, a Schedule II controlled substance.

                                            Respectfully submitted,

Dated: January 26, 2022        /s/ Robert J. Lukacz
                                      TFO Robert J. Lukacz
                                      Drug Enforcement Administration

The affiant appeared before me by telephone conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

**Date:** January 26, 2022
**Time:** 2:18 PM, Jan 26, 2022

                              HONORABLE ANDREA K. JOHNSTONE
                              UNITED STATES MAGISTRATE JUDGE
                              DISTRICT OF NEW HAMPSHIRE